UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIREON ELIJAH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>E. CERDA-JIRANO, O. VALLADOLID, V. SANDOVAL, and J. GONZALEZ,<br><br>Defendants. | Case No. 1:23-cv-00651-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION<br><br>(Doc. No. 16) |

Pending before the Court is the pro-se Plaintiff's motion seeking leave file an amended complaint docketed on August 16, 2023. (Doc. No. 16). Plaintiff requests permission to file an amended complaint with a "small" change "due to the lack of progress and movement" on this case. (*Id*.). On August 15, 2023, Defendants filed an Answer to the Complaint. (Doc. No. 14). The next day, the Court stayed this action for sixty (60) days so the parties could engage in early ADR. (Doc. No. 15). Therein, the Court ordered that the parties "may not file other pleadings or motions during the stay period." (*Id*. at 2 ¶ 2). It appears Plaintiff's motion was mailed before he received Defendants' Answer and the Court's order directing the parties to engage in an early settlement and prohibiting the filing of any motions during the stay. *See* docket. Although Plaintiff has a right to file an amended complaint within twenty-one (21) days of the date Defendants filed their Answer under Federal Rules of Civil Procedure 15(a)(1)(B), because the Court stayed this action and prohibited any filings during the stay, Plaintiff's motion to amend the

complained is denied without prejudice.  Plaintiff may refile his motion, if appropriate, after the Court lifts the stay.

Accordingly, it is **ORDERED**:

Plaintiff's motion (Doc. No. 16) is DENIED without prejudice.

Dated:   August 17, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2